ACCEPTED
06-15-00143-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/9/2015 4:22:39 PM
DEBBIE AUTREY
CLERK

No. 06-15-00143-CR

In the Court of Appeals
For the Sixth Court of Appeals District
Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/10/2015 8:16:00 AM
DEBBIE AUTREY
Clerk

## DELBERT SISEMORE VS. THE STATE OF TEXAS

ON APPEAL FROM 102ND DISTRICT COURT, BOWIE COUNTY, TEXAS
TRIAL COURT CAUSE NO. 14F0490-102

## CERTIFICATION OF COMPLIANCE WITH TEX. R. APP. 6.5(B)

COFER LAW, P.C.
Cody L. Cofer
State Bar No. 24066643
300 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
ccofer@coferlaw.com
Telephone: (817) 810-9395
Facsimile: (817) 764-7377

*Counsel for Delbert Sisemore*

## Identity of Parties and Counsel

**Appellant/Defendant:**                   **Appellant/Defendant's Appellate Counsel:**

Derric Scott McFarland
State Bar No. 24048646
602 Pine Street
P.O. Box 1048
Texarkana, Texas 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138

**State of Texas:**                          **State of Texas Appellate Counsel:**

Bowie County District Attorney's Office
Lauren Sutton
State Bar No. 24079421
601 Main
Texarkana, Texas 75501
Telephone: (903) 735-4800
Facsimile: (903) 735-4819

**TO THE HONORABLE SIXTH COURT OF APPEALS:**

Pursuant to Texas Rule of Appellate Procedure 6.5(b) counsel certifies that a copy of the Motion to Substitute Counsel filed December 1, 2015, was sent to the Appellant, Delbert Sisemore on December 9, 2015, by regular and certified mail. *See* Exhibit A.

## PRAYER FOR RELIEF

Appellant, Delbert Sisemore, requests that this Court grant the *Motion to Substitute Counsel* filed December 1, 2015, and enter an Order allowing Derric Scott McFarland to withdraw from representing Appellant, and to substitute Cody L. Cofer as attorney of record in this cause. Delbert Sisemore requests all other relief to which he may be entitled.

Respectfully submitted,

COFER LAW, P.C.
300 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Tel: (817) 810-9395
Fax: (817) 764-7377

By: _____
Cody L. Cofer
State Bar No. 24066643
Attorney for Delbert Sisemore

# CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on December 10, 2015, a copy of this motion was sent by facsimile to:

Derric Scott McFarland
State Bar No. 24048646
602 Pine Street
P.O. Box 1048
Texarkana, Texas 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138

Bowie County District Attorney's Office
Lauren Sutton
State Bar No. 24079421
601 Main
Texarkana, Texas 75501
Telephone: (903) 735-4800
Facsimile: (903) 735-4819

_____
Cody L. Cofer



# COFER LAW, P.C.

300 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
phone: 817-810-9395
fax: 817-764-7377

Cody Cofer &
Lauren Crisera
web: coferlaw.com

December 9, 2015

<u>Via Regular and Certified Mail</u>
Delbert Sisemore
TDCJ # 02015035
Joe F. Gurney
1385 FM 3328
Tennessee Colony, Texas 75803

Re:     Appeal Cause Number: 06-15-00143-CR
        Trial Court Cause Number: 14F0490-102

Dear Mr. Sisemore:

Your family has retained my office to represent you on your appeal pending before the Sixth Court of Appeals. Enclosed please find a file stamped *Motion to Substitute Counsel* filed December 1, 2015. If you have an objection to my representing you on your appeal and desire for Mr. McFarland to continue his representation please immediately contact the Sixth Court of Appeals at Bi-State Justice Building, 100 North State Line Avenue #20, Texarkana, Texas 75501.

I look forward to representing you on your appeal.

Sincerely,

Cody Cofer &
Lauren Crisera

Enc: as noted
CC: Derric McFarland
CoferLaw Case: 2473

ACCEPTED
06-15-00143-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/1/2015 4:49:26 PM
DEBBIE AUTREY
CLERK

No. 06-15-00143-CR

In the Court of Appeals
For the Sixth Court of Appeals District
Texarkana, Texas

DELBERT SISEMORE VS. THE STATE OF TEXAS

ON APPEAL FROM 102ND DISTRICT COURT, BOWIE COUNTY, TEXAS
TRIAL COURT CAUSE NO. 14F0490-102

## MOTION TO SUBSTITUTE COUNSEL

COFER LAW, P.C.
Cody L. Cofer
State Bar No. 24066643
300 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
ccofer@coferlaw.com
Telephone: (817) 810-9395
Facsimile: (817) 764-7377

*Counsel for Delbert Sisemore*

# Identity of Parties and Counsel

**Appellant/Defendant:**

**Appellant/Defendant's Appellate Counsel:**

Derric Scott McFarland
State Bar No. 24048646
602 Pine Street
P.O. Box 1048
Texarkana, Texas 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138

**State of Texas:**

**State of Texas Appellate Counsel:**

Bowie County District Attorney's Office
Lauren Sutton
State Bar No. 24079421
601 Main
Texarkana, Texas 75501
Telephone: (903) 735-4800
Facsimile: (903) 735-4819

**TO THE HONORABLE SIXTH COURT OF APPEALS:**

Pursuant to Texas Rule of Appellate Procedure 6, the Appellant, Delbert Sisemore, files this *Motion to Substitute Counsel*, requesting that the Court grant permission for Derric Scott McFarland to withdraw and to substitute Cody L. Cofer as attorney of record for Appellant in this appeal.

Derric Scott McFarland was previously appointed to represent Appellant in this appeal. Appellant no longer desires to be represented by Derric Scott McFarland.

Cody L. Cofer, State Bar Number 24066643, 300 Throckmorton Street, Suite 500, Fort Worth, Texas 76102, telephone 817-810-9395, facsimile 817-764-7377, has been retained to represent Delbert Sisemore in this appeal.

This Motion is not brought for delay, but to allow Appellant to be represented by counsel of his choice.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

### PRAYER FOR RELIEF

For the reasons set forth above, Appellant, Delbert Sisemore, requests that this Court grant this *Motion to Substitute Counsel* and enter an Order allowing Derric Scott McFarland to withdraw from representing Appellant, and to substitute

Cody L. Cofer as attorney of record in this cause. Delbert Sisemore requests all other relief to which he may be entitled.

Respectfully submitted,

COFER LAW, P.C.
111 N. Houston Street, Suite 222
Fort Worth, Texas 76102
Tel: (817) 810-9395
Fax: (817) 764-7377

By: _____
Cody L. Cofer
State Bar No. 24066643
Attorney for Delbert Sisemore

AGREED TO:

By: _____
Derric Scott McFarland
State Bar No. 24048646

# CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on November 30, 2015, a copy of this motion was sent by facsimile to:

Derric Scott McFarland
State Bar No. 24048646
602 Pine Street
P.O. Box 1048
Texarkana, Texas 75504-1048
Telephone: (903) 798-3547
Facsimile: (888) 840-0138

Bowie County District Attorney's Office
Lauren Sutton
State Bar No. 24079421
601 Main
Texarkana, Texas 75501
Telephone: (903) 735-4800
Facsimile: (903) 735-4819

Cody L. Cofer



**COFER LAW, P.C.**
300 Throckmorton Street
Suite 500
Fort Worth, Texas 76102
web: coferlaw.com



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees | $

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7011 3500 0000 1253 2217
7011 3500 0000 1253 2217

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Delbert Sisemore
TDCJ # 02015035
Joe F. Gurney
1385 FM 3328
Tennessee Colony, Texas 75803